Robert M. Hirsh
Jeffrey D. Vanacore
Nicholas P. Pavlidis
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorneys for NewPage Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 11 |
| QUEBECOR WORLD (USA), *et al.*, | Case No. 08-10152 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------ x

| | |
|---|---|
| EUGENE I. DAVIS, as Litigation Trustee for the Quebecor World Litigation Trust, | Honorable James M. Peck |
| | Adv. No. 10-01352 (JMP) |
| Plaintiff, | |
| vs. | |
| NewPage Corporation, | |
| Defendant. | |

------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

      NOVA A. CONSTANTINO, being sworn, deposes and says:

    1.    Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

NYC/500359.1

2. On August 6, 2010, I served a true and correct copy of *NewPage Corporation's Responses & Objections to Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admission* via electronic mail and Federal Express overnight delivery, upon::

> Joseph L. Steinfeld, Jr.
> A.S.K. Financial LLP
> 2600 Eagan Woods Drive
> Suite 220
> Eagan, MN 55121
> *Counsel to Eugene I. Davis, as Litigation Trustee*
> *for the Quebecor World Litigation Trust*

      */s/ Nova A. Constantino*
      Nova A. Constantino

Sworn to before me this
6th day of August, 2010.

   */s/ Susan E. Mackey*
Notary Public, State of New York
Authorized in New York State
Commission Expires 8/7/2010
Registration #01MA6150724